An unpublished opinion of the North Carolina Court of Appeals does not constitute controlling legal authority. Citation is disfavored, but may be permitted in accordance with the provisions of Rule 30(e)(3) of the North Carolina Rules of Appellate Procedure.

NO. COA14-363

NORTH CAROLINA COURT OF APPEALS

Filed: 19 August 2014

STATE OF NORTH CAROLINA

    v.

JASON DALE ROYALL,
    Defendant.

Yadkin County
Nos. 13CRS000348, 050470

Appeal by defendant from judgment entered on or about 29 October 2013 by Judge Timothy S. Kincaid in Yadkin County Superior Court. Heard in the Court of Appeals 11 August 2014.

*Attorney General Roy A. Cooper III, by Assistant Attorney General James C. Holloway, for the State.*

*Don Willey for defendant-appellant.*

STROUD, Judge.

Defendant Jason Dale Royall appeals from judgment dated 29 October 2013 and entered upon his guilty plea to felony larceny and attaining the status of an habitual felon. The trial court sentenced defendant to a term of 100 to 132 months imprisonment.

Counsel appointed to represent defendant has been unable to identify any issue with sufficient merit to support a meaningful argument for relief on appeal and asks that this Court conduct

its own review of the record for possible prejudicial error. Counsel has shown to the satisfaction of this Court that he has complied with the requirements of *Anders v. California*, 386 U.S. 738, 18 L.Ed. 2d 493 (1967), and *State v. Kinch*, 314 N.C. 99, 331 S.E.2d 665 (1985), by advising defendant of his right to file written arguments with this Court and providing him with the documents necessary for him to do so.

Defendant has not filed any written arguments on his own behalf with this Court and a reasonable time in which he could have done so has passed.  In accordance with *Anders*, we have fully examined the record to determine whether any issues of arguable merit appear therefrom.  We have been unable to find any possible prejudicial error and conclude that the appeal is wholly frivolous.

NO ERROR.

Judges BRYANT and HUNTER, JR., Robert N. concur.

Report per Rule 30(e).